# Crosswhite, Limbrick & Sinclair, LLP

C·L·S

25 Hooks Lane
Suite 314
Baltimore, Maryland 21208
Phone: 410-653-6890
Fax: 410-653-6896
www.cls-law.com

**Mary Malloy Dimaio**
mmd@cls-law.com

January 26, 2022

The Honorable Deborah K. Chasanow
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD  20770

    Re: *Katherine Gaylord-Wallisch, et al. v. Brandywine Construction &*
        *Management Company, et al.*
        Case No. 1:18-cv-03869-DKC

Dear Judge Chasanow:

    Please allow this letter to serve as a status report in the captioned matter, as ordered by Your Honor on November 2, 2020.

    The parties have begun settlement negotiations, and are discussing potential mediators to help us reach a resolution.

    We request that the Court set a status hearing so that we may select a trial date.

    Respectfully submitted,

    *[signature]*
    Mary Malloy Dimaio

c:  Seth L. Cardeli, Esquire
    Andrew S. Janet, Esquire