# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**                                          6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE                                     Greenbelt, MD  20770
                                                                     (301) 344-0634

September 6, 2022

TO:  Counsel

RE:  Katherine Gaylord-Wallisch, et. al. v.
     Brandywine Construction and Management, Inc., et. al.
     Civil Action No. DKC 18-3869

Dear Counsel:

Thank you for your pretrial submissions.  While the parties agree on much of the material, there are still items that we need to discuss, including setting a schedule for responses to the motions in limine and discussing the logistics for trial.  I had anticipated being in Baltimore for a trial when we scheduled the pre-trial conference for next Monday at 4:30 pm.  That case settled, however, so I won't be in that courthouse at that time. I believe that we can conduct the conference by telephone, but if you want to meet in person, we need to adjust the time and place. I will be in Baltimore this Friday afternoon, Sept. 9 and we can meet in person at 2:00 pm.  Alternatively, I will again be in Baltimore the following Friday, Sept. 16, and we can meet in the morning, at 10:00 am.  I will be in the Greenbelt courthouse on Sept. 12-15 if you are willing to travel here.  Please discuss this among yourselves and let me know your preference.  If you opt for a telephone conference, we will send out instructions.  If you prefer an in-person conference, we will arrange for a conference room in the appropriate courthouse.

Thank you.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge